**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-4554**

———————————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

KARL LAMONT FUNDERBURK,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Thomas E. Johnston, District Judge.  (2:23-cr-00031-2)

———————————

Submitted:     May 14, 2026                  Decided:  July 17, 2026

———————————

Before AGEE, THACKER and RICHARDSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

**ON BRIEF:**   John J. Balenovich, JOHN J. BALENOVICH LAW OFFICES, LC, Charleston, West Virginia, for Appellant.  Lisa G. Johnston, Acting United States Attorney, Jeremy B. Wolfe, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Lamont Funderburk pleaded guilty without a plea agreement to three counts: conspiracy to distribute methamphetamine, cocaine, and fentanyl, respectively, in violation of 21 U.S.C. § 846. He argues that the district court procedurally and substantively erred by sentencing him to 144 months' imprisonment as to each count to run concurrently, followed by four years of supervised release.

We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*